8423.   AVERY & COMPANY *v.* FARMERS BANK OF DOERUN.

WADE, C. J.   1. The decision of the Supreme Court on a former writ of error in this case (*Farmers Bank of Doerun* v. *Avery*, 145 *Ga.* 449, 89 S. E. 409) is the law of the case. It was then held "that upon the trial of the issue made where the vendor of the personalty filed a claim to the property levied on, the judgment lien had priority over the unrecorded conditional bill of sale, and that a verdict finding the property not subject was not authorized."

(*a*). In the present case it appears that the contract embracing the reservation of title, executed in conformity with a prior agreement that the

contract of sale should not take effect until the signing of the reten-
tion-of-title note, was duly recorded within the time prescribed by law.
2. The evidence demanded a verdict in favor of the claimant, and the trial
judge erred in overruling the motion for a new trial.

*Judgment reversed. George and Luke, JJ., concur.*
DECIDED AUGUST 3, 1917.

Levy and claim; from Colquitt superior court—Judge Thomas.
December 19, 1916.

*E. L. Bryan,* for plaintiffs in error. *J. L. Dowling,* contra.